JOSEPH RATTAY, Respondent, *v.* ALLEN-DITCHETT COMPANY, Appellant.

*Rattay* v. *Allen-Ditchett Co.,* 116 App. Div. 917, affirmed.
(Argued February 25, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 2, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*George H. Taylor, Jr.,* for appellant.

*Ira B. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.

---

MARTIN L. CUPPLES, Respondent, *v.* PATRICK RYAN et al., Appellants.

*Cuppels* v. *Ryan,* 117 App. Div. 908, affirmed.
(Argued February 25, 1908; decided March 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendants' negligence.

*Frederick E. Fishel* for appellants.

*Lorlys Elton Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.